## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | LA CV11-08163 JAK (MANx) | Date | December 16, 2011 |
|---|---|---|---|
| Title | Margarito Zavalza v. Wells Fargo Bank, NA, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:      (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE
JS-6

The Court has reviewed defense counsel's declaration filed on December 12, 2011, Chaffin Decl., Dkt. 11, and the attached Request for Voluntary Dismissal filed by Plaintiff in the Superior Court for the County of Los Angeles on November 22, 2011, Dkt. 11-1. Defendants request dismissal of this matter in light of Plaintiff's filing of said request in the Superior Court. However, this case was removed from the Superior Court on September 30, 2011; thus, the request for dismissal was improperly filed. Nonetheless, although the Court recognizes that the filing of a request for dismissal in the Superior Court does not effectuate dismissal in this Court, Plaintiff has informed the Court that she does not object to dismissal here. Accordingly, the Court dismisses each of Plaintiff's causes of action without prejudice.

**IT IS SO ORDERED.**

_____   :   _____

Initials of Preparer    ak